FILED
2007 Apr-06  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHA FINCH,        )<br>                              )<br>     Plaintiff,           )<br>vs.                            )      Case No.    2:05-cv-2236-TMP<br>                              )<br>ACTION RESOURCES, INC.  )<br>and STAN WOOD,           )<br>                              )<br>     Defendants.        )  | |

O R D E R

The magistrate judge filed his report and recommendation in this cause on February 5, 2007, recommending that the motion to dismiss or, in the alternative, for summary judgment against Martha Finch (Doc. #4) be granted, and that she be dismissed as a plaintiff for want of standing. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. It is therefore ORDERED that plaintiff Martha Finch be and she hereby is DISMISSED as a plaintiff in this cause for lack of standing. This case shall remain assigned to the magistrate judge, with Andre Toffel, the trustee in bankruptcy, as the sole plaintiff.

Done this 6th day of April 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153